# United States Court of Appeals for the Federal Circuit

---

**LARRY WILLIAMS,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2023-1840

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-6135, Judge Coral Wong Pietsch.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 19, 2025
Date